# United States Court of Appeals
## For the First Circuit

No. 16-2504

MANUEL BERRIOS,

Petitioner, Appellant,

v.

UNITED STATES,

Respondent, Appellee.

Before

Howard, <u>Chief Judge</u>,
Thompson and Kayatta, <u>Circuit Judges</u>.

### JUDGMENT

Entered: May 5, 2017

    Appellant's motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b) is **GRANTED**, and the appeal is **DISMISSED**. In light of appellant's "in forma pauperis" status, the court need not allocate costs or fees.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>

cc:
Manuel Berrios
Ian Gold
Dina Michael Chaitowitz
Peter K. Levitt