

# Memorandum

**To:** The Honorable Patti B. Saris, Chief U.S. District Judge

**From:** James Pace, U.S. Probation Officer

**Date:** July 13, 2018

**Re:** Manuel Berrios
Dkt. # 06-cr-10266
Release Status Update

---

The purpose of this memorandum is to advise the Court that the above-captioned individual has been released from Bureau of Prisons (USP Canaan, Pennsylvania) on July 13, 2018 and due to arrive in Boston Massachusetts at 4:40PM, on this date.

As the Court is aware, on July, 18, 2007, Mr. Manuel Berrios plead guilty to Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846, Distribution of Cocaine in violation of 21 U.S.C. § 841 (a)(1) and Aiding and Abetting, in violation of 18 U.S.C. § 2. On this date, Mr. Berrios was sentenced to 145 months of imprisonment followed by 60 months of supervised release.

Upon release from the Bureau of Prisons Mr. Berrios is required to comply with the standard conditions that have been adopted by the Court as well as the following conditions:

1. First year of supervised release spent in a hallway house with substance abuse and mental health counseling.

2. Job counseling.

3. Psychological counseling.

4. Stay out of Chelsea, Mass.

5. Stay away from Sulia Rosa.

6. Maximum drug testing, not to exceed 104 a year.

7. Participation (voluntary) in the C.A.R.E. program.

1

Since Mr. Berrios is arriving in Boston, Ma. at 4:40PM, he will not be allowed to be admitted into the Barnstable House of Corrections - Work Release Program because the facility does not accept admissions into the facility afternoon 12PM on Fridays.

Because of Mr. Berrios' late arrival, this writer was able to contact Mr. Berrios' mother (Blanco Berrios), who agreed to pick Mr. Berrios up upon arrival to Boston Ma. and allow him to stay with her at 103 Bellingham St. Chelsea Ma. 02150. Ms. Blanco Berrios also agreed to drop Mr. Berrios off at the Barnstable House of Corrections – Work Release Program (Barnstable) on July 16, 2018, before 11AM.

This writer advised Ms. Blanco Berrios of the importance of Mr. Berrios reporting to the facility on July 16, 2018 and advised Ms. Blanco Berrios that Mr. Berrios is only allowed to reside at her residence in Chelsea, because Mr. Berrios does not have an alternative housing option pending his placement at Barnstable. This writer also scheduled a home visit on July 14, 2018, to review with Mr. Berrios his conditions of release and the importance of him reporting to Barnstable on July 16, 2018.

As always, if Your Honor has any additional questions, please feel free to contact me at 617-748-4524 or at [James_pace@map.uscourts.gov](mailto:James_pace@map.uscourts.gov).

Reviewed/Approved by:                                                                     Respectfully submitted,

*/s/ Brett Wingard*                                                                              */s/ James  Pace*
Brett Wingard                                                                                     by  James Pace
Supervising U.S. Probation Officer                                                 U.S. Probation Officer
                                                                                                            Date:  07/13/2018


[ ]     Approved
[ ]     Submit a Request for Modifying the Conditions or Term of Supervision
[ ]     Submit a Request for Warrant or Summons
[ ]     Other

                                                                    _____
                                                                    Honorable Patti B. Saris
                                                                    Chief U.S. District Judge


                                                                    _____
                                                                    Date