Prob12B
(7/93)

# United States District Court
## for the District of Massachusetts

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Manuel Berrios    **Case Number:** 06-CR-10266

**Name of Sentencing Judicial Officer:** Honorable Patti B. Saris, Chief U.S. District Judge

**Date of Original Sentence:** July 18, 2007

**Original Offense:** Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846, Distribution of Cocaine in violation of 21 U.S.C. § 841 (a)(1) and Aiding and Abetting, in violation of 18 U.S.C. § 2

**Original Sentence:** 145 Months of custody followed by 60 Months supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** July 13, 2018

---

### PETITIONING THE COURT

[ ]  To extend the term of supervision for    years, for a total term of    years
[X]  To modify the conditions of supervision as follows:

Upon release from Barnstable House Of Corrections – work release program, the Defendant shall serve the remainder of his one-year requirement to reside in a halfway house on home detention with location monitoring equipment and shall pay for the costs of the program as determined under the national contract. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment. The defendant shall be permitted to leave his home only for legitimate purposes of employment or education, to attend religious services, to attend medical or dental appointments, or mental health appointments. Defendant may leave home for medical emergencies without obtaining Probation's advance approval if he notifies Probation within a reasonable prompt period thereafter. Defendant may leave home for such other purposes as shall be approved by the Probation Office.

### CAUSE

On Friday, July 13, 2018, the Probation Office notified the Court of Mr. Berrios' pending release from the Bureau of Prisons and late arrival to Boston MA via Bus Transportation. Since the Barnstable House Of Corrections – work release program does not accept admissions into the facility afternoon 12PM on Fridays, the Probation Office requested permission for Mr. Berrios to be allowed to reside with his mother (Blanco Berrios) in Chelsea MA until July 16, 2018. Your Honor approved this request and on Monday, July 16, 2018, Mr. Berrios reported as required to the Barnstable work release program.

Since being released from the Bureau of Prisons, Mr. Berrios has been residing at the Barnstable House of Corrections - work release program as required.

On July 24, 2018, Mr. Berrios was removed from his work release program (Lobster Trap) after staff members reported that they believed Mr. Berrios was having a manic episode and believed him to be under the influence of Synthetic Cannabinoids. Mr. Berrios denied using Synthetic Cannabinoids yet, because of the increase of use within the facility, Mr. Berrios was terminated from his work release program as a precaution.

| Prob 12B | - 2 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |
|---|---|---|

On August 1, 2018, this writer requested through the Bureau of Prisons that Mr. Berrios to be transferred to the Lawrence CAC – work release program because Barnstable had no current open positions in their work release program and this writer wanted Mr. Berrios to participate in individual mental health treatment, which was not readily available at the Barnstable facility.

On August 21, 2018, pending Mr. Berrios' request for transfer, this writer was notified by the Barnstable work release program that a position at Cavossa Disposal opened up and Mr. Berrios agreed to work at the Disposal Center. On August 23, 2018, this writer met with Mr. Berrios at Cavossa Disposal and Mr. Berrios agreed to give the Disposal work release job a chance.

However, on September 4, 2018, this writer received another report from the Barnstable work release program on Mr. Berrios having two more episodes at the work please where he was acting conducted and as if he was under the influence of an illicit substance and/or experiencing a mental health incident. Mr. Berrios denied being under the influence of any substance, yet, because of the two episodes, Mr. Berrios was terminated from Cavossa Disposal.

On September 5, 2018, this writer re-requested through the Bureau of Prisons that Mr. Berrios be transferred to Lawrence CAC work release program. On September 7, 2018, Lawrence CAC work release program denied Mr. Berrios' request to transfer to their facility because he was deemed "Not conducive to the climate at the facility".

Since Mr. Berrios has been denied admission into Lawrence CAC and is unable to return to work at Barnstable work release program, and because the Coolidge House is also unwilling to accept him back into that program, the Probation Department has proposed a modification of Mr. Berrios' conditions that would require him to be placed on home confinement for the remainder of his one-year requirement to reside in a hallway house. Mr. Berrios agreed to the modification and a signed Waiver of Hearing to Modify Conditions of Supervised Release (Form 49) has been attached for the Court's review. If Your Honor concurs with this course of action, it is respectfully requested that Your Honor so indicate in the space provided below.

| Reviewed/Approved by: | Respectfully submitted, |
|---|---|
| */s/ Brett Wingard* | */s/ James Pace* |
| Brett Wingard | by  James Pace |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | Date:           9/14/2018 |

**THE COURT ORDERS**
[   ]   No Action
[   ]   The Extension of Supervision as Noted Above
[   ]   The Modification of Conditions as Noted Above
[   ]   Other

_____
Honorable Patti B. Saris
Chief U.S. District Judge

| | | |
|---|---|---|
| Prob 12B | - 3 - | **Request for Modifying the Conditions or Terms of Supervision with Consent of the Offender** |

_____
Date

PROB 49
(3/89)

# United States District Court

For the   District of   Massachusetts

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I, Manuel Berrios, Dkt No 0101 1:06CR10266-001, have been advised and understand that I do not have to agree to this proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

Upon release from Barnstable House Of Corrections – work release program, the Defendant shall serve the remainder of his one-year requirement to reside in a halfway house on home detention with location monitoring equipment and shall pay for the costs of the program as determined under the national contract. The defendant is responsible for returning the monitoring equipment in good condition and may be charged for replacement or repair of the equipment. The defendant shall be permitted to leave his home only for legitimate purposes of employment or education, to attend religious services, to attend medical or dental appointments, or mental health appointments. Defendant may leave home for medical emergencies without obtaining Probation's advance approval if he notifies Probation within a reasonable prompt period thereafter. Defendant may leave home for such other purposes as shall be approved by the Probation Office.

Witness _____          Signed _____
           (U.S. Probation Officer)                              (Probationer or Supervised Releasee)

9/11/18
Click here to enter a date.
(Date)